STATE v. BARNETT

No. 64A01

Case below: 141 N.C. App. 378

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 June 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 7 June 2001.

STATE v. BETHEL

No. 144P01

Case below: 142 N.C. App. 213

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 June 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001.

STATE v. CLOYD

No. 207A01

Case below: 142 N.C. App. 391

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 7 June 2001.

STATE v. COLEMAN

No. 245P01

Case below: 142 N.C. App. 706

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 June 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001.